ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

**SEALED**

**FILED**

**Mar 05, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> JOHN VIRGIL ROUSH <br><br> Defendant. | CASE NO.  1:26-cr-00033  KES-EPG <br><br> MOTION AND ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 5, 2026 charging the above defendant with violations of 18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft  be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

///

///

Motion to Seal Indictment

1

execution of the warrants.

Dated: March 5, 2026                         Respectfully submitted,

                                            ERIC GRANT
                                            United States Attorney

                                    By      /s/ *Antoinio J. Pataca*
                                            ANTONIO J. PATACA
                                            Assistant U.S. Attorney


                                    IT IS SO ORDERED.


Dated:  March 5, 2026               _____
                                    STANLEY A. BOONE
                                    U.S. Magistrate Judge

Motion to Seal Indictment                    2