UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:26-CR-00033-KES-EPG |
| Plaintiff, | ) |
| v. | ) **UNSEALING ORDER** |
| JOHN VIRGIL ROUSH, | ) |
| Defendant. | ) |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED:  3/12/2026

_Sheila K. Oberto_

HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE