HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOHN VIRGIL ROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-cr-00033-KES-EPG |
| Plaintiff, | |
| vs. | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| JOHN VIRGIL ROUSH, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), John Roush, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference hearing on April 22, 2026, at 1:00 p.m., and for all non-substantive proceedings in this matter.

Mr. Roush was ordered released pretrial subject to conditions. *See* ECF #6, #9. Mr. Roush resides in Mariposa, California. He does not have regular cell phone service, and he does not have a personal vehicle. He is reliant upon a bus or a ride from a friend to the train station where he can catch a train to Fresno. He has a documented heart condition that makes walking even short distances in heat problematic. Mr. Roush has expressed concerns with walking from the train station to the courthouse and about being outside at the train station after court while he awaits the train home.

Mr. Roush agrees that his interests shall be represented at all times by the presence of his attorney, Kara R. Ottervanger, of the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Counsel for the government, Antonio Pataca, has represented that the government does not oppose such a request.

//

Respectfully submitted,

Date:  April 15, 2026          /s/ Original Signature on File
                              JOHN VIRGIL ROUSH


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: April 15, 2026          /s/ Kara R. Ottervanger
                              KARA R. OTTERVANGER
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOHN VIRGIL ROUSH

Roush - Request for Rule 43 Waiver

2

**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference hearing on April 22, 2026, at 1:00 p.m.

IT IS SO ORDERED.

Dated:    **April 16, 2026**    /s/ _Eric P. Grosjean_
UNITED STATES MAGISTRATE JUDGE

Roush - Request for Rule 43 Waiver