HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOHN VIRGIL ROUSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN VIRGIL ROUSH,<br>Defendant. | Case No. 1:26-cr-00033-KES-EPG<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between Eric Grant, Acting United States Attorney, and Antonio Pataca, Assistant U.S. Attorney, and counsel for defendant John Roush, Assistant Federal Defender Kara R. Ottervanger, that the status conference set for August 12, 2026 at 1:00 pm before the Honorable Erica P. Grosjean be continued to September 23, 2026 at 1:00 p.m. for the following reasons:

Initial discovery in this matter has been provided to the defense. At this time, the government is in the process of determining whether there is any additional discovery to be provided, and the parties are actively engaged in plea negotiations. The parties require additional time to exchange discovery and determine whether this case may be resolved without the need to proceed to trial.

/ /

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act. The parties also agree that the period from August 12, 2026, through September 23, 2026, inclusive, should be excluded deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated: July 16, 2026

ERIC GRANT
Acting United States Attorney

By /s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: July 16, 2026

/s/ Kara R. Ottervanger
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for JOHN ROUSH

**FINDINGS AND ORDER**

IT IS SO ORDERED that the status conference is continued from August 12, 2026 to **September 23, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.** Time is excluded as stated above.

IT IS SO ORDERED.

Dated: **July 16, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE