ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN VIRGIL ROUSH.<br>Defendant. | CASE NO. 1:26-CR-00033-KES-EPG<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME; ORDER |

**STIPULATION**

1. By previous order, this matter was set for a status conference hearing on September 23, 2026. By this stipulation, defendant moves to vacate the status conference and set a change of plea hearing on September 21, 2026.

2. The parties agree and stipulate that on August 27, 2026, the parties filed a signed plea agreement. Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G), the period from August 27, 2026, through September 21, 2026, is automatically excluded from the computation of time within which trial must commence. No other time exclusion is required as time was previously excluded through September 23, 2026.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

Dated: August 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant United States Attorney

Dated: August 27, 2026

By: /s/ Kara R. Ottervanger
KARA R. OTTERVANGER
Attorney for Defendant
John Virgil Roush

ORDER

IT IS SO ORDERED that the status conference set for September 23, 2026, is vacated. A change of plea hearing is set for **September 21, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G).

IT IS SO ORDERED.

Dated: **August 27, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE